IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:11cr 265 - HA |
| v. | INDICTMENT |
| KRYSTAL LEE FINNLEY, | 18 U.S.C. § 113(a)(3) <br> 18 U.S.C. § 113(a)(6) <br> 18 U.S.C. § 1153 |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1

**(Assault With a Dangerous Weapon With Intent to Do Bodily Harm)**

On or about June 3, 2011, in the District of Oregon, in Indian Country, on the Confederated Tribes of Warms Springs Indian Reservation, and within the special maritime and territorial jurisdiction of the United States, **KRYSTAL LEE FINNLEY**, defendant herein, an Indian female, did intentionally assault J.S., an Indian male, with a dangerous weapon, to wit: a knife, with intent to do bodily harm; all in violation of 18 U.S.C. §§ 113(a)(3) and 1153.

////

////

////

////

////

////

////

## COUNT 2

### (Assault Resulting in Serious Bodily Injury)

On or about June 3, 2011, in the District of Oregon, in Indian Country, on the Confederated Tribes of Warms Springs Indian Reservation, and within the special maritime and territorial jurisdiction of the United States, **KRYSTAL LEE FINNLEY**, defendant herein, an Indian female, did intentionally assault J.S., an Indian male, with said assault resulting in serious bodily injury; all in violation of 18 U.S.C. §§ 113(a)(6) and 1153.

DATED this __6__ day of July, 2011.

A TRUE BILL

_____
OFFICIATING FOREPERSON

Presented by:
DWIGHT C. HOLTON
United States Attorney

_____
CRAIG J. GABRIEL, OSB #012571
Assistant United States Attorney

Page 2 – INDICTMENT